## EASTERN SAVINGS BANK, FSB
### *v.* ROBERT GILEWSKI
### (AC 32456)

Lavine, Bear and Espinosa, Js.

Submitted on briefs October 28—officially released November 15, 2011

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting a new law day.

## STATE OF CONNECTICUT *v.* DENNIS J. MOORE
### (AC 32741)

Gruendel, Beach and Peters, Js.

Argued November 9—officially released December 6, 2011

Per Curiam. The judgment is affirmed.

## KEENAN CORLEY *v.* COMMISSIONER
## OF CORRECTION
### (AC 31767)

Bear, Bishop and Lavery, Js.

Argued November 14—officially released December 6, 2011

Per Curiam. The appeal is dismissed.